UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Michael E. McKinzy Sr.
                             Plaintiff,

v.                                                     Case No.: 1:08−cv−00793
                                                     Honorable Ronald A. Guzman

BNSF Railway Railroad
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 11, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Application by Plaintiff Michael E. McKinzy, Sr for leave to proceed in forma pauperis [3] is denied without prejudice. Plaintiff must explain how he is able to live day−to−day with not assets and no income. Plaintiff must refile in forma pauperis petition or pay filing fee on or before 2/27/08. Motion to appoint counsel [4] is denied without prejudice, for failure to answer all questions. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.