

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 0 6 2008
Mar 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MICHAEL E. MCKINZY, SR.

    Plaintiff,

Case No.: 1:08-CV-00793
Honorable Ronald A. Guzman

v.

BNSF RAILWAY RAILROAD

    Defendant.

08 CV 793

**Plaintiff's Supplemental Affidavit of Financial Status
In Support of Application For Leave To File Action Without
Payment of Fees, Costs, or Security**

The above named plaintiff states that he continues to be without means to pay the Fees, costs or security to file an action against the above named defendant and that plaintiff is justly aggrieved by the action of the defendant.

I, Michael E. McKinzy, Sr., declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs, of these proceedings, and that I believe I am entitled to relief.

I further swear that the information in my supplemental affidavit of financial status below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true.

### Supplemental Affidavit of Michael E. McKinzy, Sr.

1. I am currently residing at my parents' residence located at 3743 Flora Ave. Kansas City, Missouri 64109, because I am not able to financially provide for myself, and are being totally financially supported by my parents.

2. Both of my parents are retired and each only receives a Social Security check as total monthly income.

3. I am currently unemployed and continue to seek full time.

4. My child support and spousal support debts continue to accrue at a monthly rate of: $599.00 and $200.00 respectively.

5. My total income for the year of 2007 from all sources of income was $2757.

(See attached Federal Income Tax Return for 2007 attached as Exhibit "A").

*Michael E. McKinzy, Sr.*
Michael E. McKinzy, Sr.
Plaintiff, Pro se

VERIFICATION

State of Missouri   )
                    )
County of Jackson   )

    I, Michael E. McKinzy, Sr., first being duly sworn under oath, state that I know the contents of this affidavit and that the information contained in this affidavit is true to the best of my knowledge and belief.

*Michael E. McKinzy, Sr.*
Michael E. McKinzy, Sr.
Plaintiff, Pro se

SUBSCRIBED AND SWORN TO BEFORE ME THIS 27TH DAY OF FEBRUARY, 2008.

*Betty J. Cobb*
Notary Public
2-27-2008

"NOTARY SEAL"
Betty J. Cobb, Notary Public
Jackson County, State of Missouri
My Commission Expires 7/22/2010
Commission Number 06430850

2

Form **1040**    Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return  2007**    IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2007, or other tax year beginning _____, 2007, ending _____, 20___    OMB No. 1545-0074

**Label** (See instructions.)
Use the IRS label. Otherwise, please print or type.

Your first name: MICHAEL   MI: E   Last name: MCKINZY, SR
Your social security number: _____

If a joint return, spouse's first name: _____ MI: ___ Last name: _____
Spouse's social security number: _____

Home address (number and street). If you have a P.O. box, see instructions.: 17963 HUNTLEIGH CT   Apartment no.: 304

City, town or post office. If you have a foreign address, see instructions.: COUNTY CLUB HILLS   State: IL   ZIP code: 60478

▲ You must enter your social security number(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ....... ► ☐ You ☐ Spouse

**Filing Status**
Check only one box.
1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here ..... ►
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a ☒ Yourself. If someone can claim you as a dependent...
b ☐ Spouse
    Boxes checked on 6a and 6b: 1

c Dependents:
(1) First name / Last name   (2) Dependent's social security number   (3) Dependent's relationship to you   (4) ✓ if qualifying child for child tax credit (see instrs)

No. of children on 6c who:
• lived with you ......
• did not live with you due to divorce or separation (see instrs) ...
Dependents on 6c not entered above .
Add numbers on lines ►

If more than four dependents, see instructions.

d Total number of exemptions claimed ..........

*[INTERNAL REVENUE SERVICE W&I-FIELD ASSISTANCE KANSAS CITY, MO 64134 FEB 19 2008 RECEIVED 37107 stamp overlaid]*

---

**W-2 Form:**

21223

b Employer's Identification Number: 41-6034000

c Employer's Name, Address, and ZIP Code:
BNSF RAILWAY COMPANY
PO BOX 1738
TOPEKA KS 66601

e Employee's Name, Address, and ZIP Code:
MICHAEL E MCKINZY SR
17963 HUNTLEIGH CT
APT #304
COUNTRY CLUB HILLS IL 60478

Void ☐   OMB NO. 1545-0008

a Employee's Social Security Number: _____

1 Wages, Tips, Other Compensation: 1790.72
2 Federal Income Tax Withheld: 183.11
3 Social Security Wages: _____
4 Social Security Tax Withheld: _____
11 Non-Qualified Plans: _____
5 Medicare Wages and Tips: _____
6 Medicare Tax Withheld: _____
13 Statutory Employee ☐   Retirement Plan ☐   Third-Party Sick Pay ☐
9 Advance EIC Payment: .00
12C Term Life Over $50,000: _____
12D 401(k) Contributions: .00
12V Income From Exercise Of Nonstatutory Stock Options: .00
12W Contributions to Health Savings Account: .00
10 Dependent Care Benefits: .00
12P Excludable Moving Reimbursement: .00
12T Adoption Benefits: .00
12Y Deferrals Under a 409A NQ Def Comp Plan: .00
RRTA Tier I Wages: 1790.72
RRTA Medicare Wages: 1790.72
RRTA Tier II Wages: 1790.72
12Z Income Under a 409A NQ Def Comp Plan: .00
RRTA Tier I Tax Withheld: 111.02
RRTA Medicare Tax Withheld: 25.97
RRTA Tier II Tax Withheld: 69.84

15 State: IL   Employer's State I.D. No.: 41-6034000
16 State Wages, Tips, etc.: 1790.72
17 State Income Tax: 51.22
18 Local Wages, Tips, etc.: _____
19 Local Income Tax: _____
20 Locality Name: _____

Department of the Treasury - Internal Revenue Service

FORM **W-2** Wage and Tax Statement **2007**
Copy B To Be Filed With Employee's FEDERAL Tax Return

---

... employed SEP, SIMPLE, and qualified plans ........... 28 | .
29 Self-employed health insurance deduction (see instructions) ........... 29 |
30 Penalty on early withdrawal of savings ........... 30 |
31a Alimony paid  b Recipient's SSN ..... ► _____ 31a |
32 IRA deduction (see instructions) ........... 32 |
33 Student loan interest deduction (see instructions) ........... 33 | 657.
34 Tuition and fees deduction. Attach Form 8917 ........... 34 |
35 Domestic production activities deduction. Attach Form 8903 ........... 35 |
36 Add lines 23 - 31a and 32 - 35 ........... 36 | 657.
37 Subtract line 36 from line 22. This is your **adjusted gross income** ........... ► 37 | 2,100.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112 12/06/07   Form 1040 (2007)

Exhibit "A"

Form 1040 (2007)   MICHAEL E MCKINZY, SR                                   Page 2

**Tax and Credits**

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 2,100. |
| 39a | Check if: ☐ You were born before January 2, 1943, ☐ Blind. ☐ Spouse was born before January 2, 1943, ☐ Blind. Total boxes checked ► 39a | |
| | b If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ► 39b | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 5,350. |
| 41 | Subtract line 40 from line 38 | -3,250. |
| 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the instructions | 3,400. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 0. |
| 44 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ Form(s) 8889 | 0. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | |
| 46 | Add lines 44 and 45 ► | 0. |
| 47 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 48 | Credit for the elderly or the disabled. Attach Schedule R | |
| 49 | Education credits. Attach Form 8863 | |
| 50 | Residential energy credits. Attach Form 5695 | |
| 51 | Foreign tax credit. Attach Form 1116 if required | |
| 52 | Child tax credit (see instructions). Attach Form 8901 if required | |
| 53 | Retirement savings contributions credit. Attach Form 8880 | |
| 54 | Credits from: a ☐ Form 8396  b ☐ Form 8859  c ☐ Form 8839 | |
| 55 | Other credits: a ☐ Form 3800  b ☐ Form 8801  c ☐ Form ___ | |
| 56 | Add lines 47 through 55. These are your total credits | |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ► | 0. |

Standard Deduction for —
• People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
• All others:
Single or Married filing separately, $5,350
Married filing jointly or Qualifying widow(er), $10,700
Head of household, $7,850

**Other Taxes**

| 58 | Self-employment tax. Attach Schedule SE | |
| 59 | Unreported social security and Medicare tax from: a ☐ Form 4137  b ☐ Form 8919 | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 61 | Advance earned income credit payments from Form(s) W-2, box 9 | |
| 62 | Household employment taxes. Attach Schedule H | |
| 63 | Add lines 57-62. This is your total tax ► | 0. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| 64 | Federal income tax withheld from Forms W-2 and 1099 | 183. |
| 65 | 2007 estimated tax payments and amount applied from 2006 return | |
| 66a | Earned income credit (EIC) | 136. |
| | b Nontaxable combat pay election ► 66b | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see instructions) | |
| 68 | Additional child tax credit. Attach Form 8812 | |
| 69 | Amount paid with request for extension to file (see instructions) | |
| 70 | Payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | |
| 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | |
| 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments ► | 319. |

**Refund**

Direct deposit? See Instructions and fill in 74b, 74c, and 74d or Form 8888.

| 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 319. |
| 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ► ☐ | 319. |
| | ► b Routing number  XXXXXXXXX   ► c Type: ☐ Checking  ☐ Savings | |
| | ► d Account number  XXXXXXXXXXXXXXXXX | |
| 75 | Amount of line 73 you want applied to your 2008 estimated tax ► 75 | |

**Amount You Owe**

| 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see instructions ► | |
| 77 | Estimated tax penalty (see instructions) | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)?  ☐ Yes. Complete the following.  ☒ No
Designee's name ►          Phone no. ►          Personal identification number (PIN) ►

**Sign Here**

Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ►          Date          Your occupation  LABORER          Daytime phone number
Spouse's signature. If a joint return, both must sign. ►          Date          Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature ►          Date          Check if self-employed ☐          Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ►          EIN          Phone no.

FDIA0112   12/06/07                                                        Form 1040 (2007)

| PAYER'S name, street address, city, state, and zip code<br>MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 2200<br>JEFFERSON CITY, MO 65105-2200 | 1 Taxable Interest<br>$ .00 | **2007**<br>Form 1099-G | Certain<br>Government<br>Payments |
|---|---|---|---|
| | 2 State or local income tax refunds, credits, or offsets<br>$ 129.00 | | |
| RECIPIENT'S name, street address, city, state, and zip code<br>000200226                **C030<br>MCKINZY, MICHAEL E SR<br>17963 HUNTLEIGH CT APT 304<br>CNTRY CLB HLS IL 60478-5163 | 3 Box 2 amount is for tax year<br>2005 | 4 Federal income tax withheld<br>$ | Copy B<br>For Recipient<br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 5 | 6 Taxable grants<br>$ | |
| | 7 Agriculture payments<br>$ | 8 The amount in box 2 applies to income from a trade or business ☐ | |
| | ☐ CORRECTED (if checked) | | |
| PAYER'S Federal identification number<br>43-1283723 | RECIPIENT'S identification number | Account number<br>729,672 | |

Form 1099-G        Keep for your records.        Missouri Department of Revenue - Taxation Bureau

**FORM 1099-G - CERTAIN GOVERNMENT PAYMENTS RECEIVED - THIS IS NOT A BILL**

**Explanation of Form 1099-G for Recipient. Do not pay this amount.**

Box 1  Shows the taxable interest paid to you. Report this amount as income on the taxable interest line of your federal income tax return.

Box 2  Shows refunds, credits, or offsets of state income tax you received. It may be taxable to you if you deducted the state income tax paid as an itemized deduction on your federal income tax return. Even if you did not receive the amount shown, for example, because it was credited to your estimated tax, or applied to outstanding delinquencies, it is still taxable if it was included in your itemized deductions. See the instructions for your federal tax return.

Box 3  Identifies the tax year for which the refunds, credits, or offsets shown in box 2 were made.

**Frequently Asked Questions**

1. **What is the Form 1099-G?**
   Form 1099-G is a listing of overpayments from individual income tax returns filed in 2007. The overpayments may or may not be taxable. Please keep this form for reference purposes when you prepare your 2007 tax return.

2. **Why am I receiving a Form 1099-G?**
   Federal law requires Missouri to issue you a Form 1099-G because you had an income tax overpayment in 2007 and you itemized deductions on your federal income tax return.

3. **Do I need to pay the amount shown on the Form 1099-G?**
   No, this is not a bill.

4. **Why does the Form 1099-G show an amount of income tax overpayment greater than the amount of my actual refund check?**
   The amount shown on the 1099-G is the amount of your overpayment of tax and may not equal the actual amount of your refund. If your overpayment, or any portion of the overpayment was applied to another state or federal debt, transferred to next year's taxes, or contributed to one of the trust funds, your refund check was less than the overpayment.

5. **Why would I receive more than one 1099-G?**
   You receive one 1099-G for each tax year an overpayment was issued to you in 2007.

6. **If interest is reported on the Form 1099-G, is it taxable on my federal tax return?**
   Yes, interest is taxable on your federal return.

7. **The amounts shown on my Form 1099-G are incorrect based on my records. How do I obtain a corrected copy?**
   You may contact the Missouri Department of Revenue, Taxation Bureau at the following:

   Address:  P.O. Box 2200
             Jefferson City, MO 65105-2200
   Phone:    866-433-7259
   E-mail:   income@dor.mo.gov
   TDD:      800-735-2966

(DTI6V1)

| 21223 | | | Void ☐ | OMB NO. 1545-0008 | | | |
|---|---|---|---|---|---|---|---|
| b Employer's Identification Number<br>41-6034000 | | | | a Employee's Social Security Number | 1 Wages, Tips, Other Compensation<br>1790.72 | | 2 Federal Income Tax Withheld<br>183.11 |
| c Employer's Name, Address, and ZIP Code<br>BNSF RAILWAY COMPANY<br><br>PO BOX 1738<br>TOPEKA KS  66601 | | | | 11 Non-Qualified Plans | 3 Social Security Wages | | 4 Social Security Tax Withheld |
| | | | | 13 Statutory Employee ☐  Retirement Plan ☐  Third-Party Sick Pay ☐ | | 5 Medicare Wages and Tips | 6 Medicare Tax Withheld |
| | | | | 9 Advance EIC Payment | 12C Term Life Over $50,000<br>.00 | 12D 401(k) Contributions<br>.00 | 12V Income From Exercise Of Nonstatutory Stock Options<br>.00 |
| e Employee's Name, Address, and ZIP Code<br>MICHAEL E MCKINZY        SR<br>17963 HUNTLEIGH CT<br>APT #304<br>COUNTRY CLUB HILLS IL   60478 | | | | 10 Dependent Care Benefits<br>.00 | 12P Excludable Moving Reimbursement<br>.00 | 12T Adoption Benefits<br>.00 | 12W Contributions to Health Savings Account<br>.00 |
| | | | | RRTA Tier I Wages<br>1790.72 | RRTA Medicare Wages<br>1790.72 | RRTA Tier II Wages<br>1790.72 | 12Y Deferrals Under a §409A NQ Def Comp Plan<br>.00 |
| | | | | RRTA Tier I Tax Withheld<br>111.02 | RRTA Medicare Tax Withheld<br>25.97 | RRTA Tier II Tax Withheld<br>69.84 | 12Z Income Under a §409A NQ Def Comp Plan<br>.00 |
| 15 State<br>IL | Employer's State I.D. No.<br>41-6034000 | | | 16 State Wages, Tips, etc.<br>1790.72 | 17 State Income Tax<br>51.22 | 18 Local Wages, Tips, etc. | 19 Local Income Tax | 20 Locality Name |

FORM **W-2** Wage and Tax Statement **2007**     Department of the Treasury - Internal Revenue Service
Copy 2 To Be Filed With Employee's State, City or Local Income Tax Return

---

| 21223 | | Void ☐ | OMB NO. 1545-0008 | | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | |
|---|---|---|---|---|---|---|
| b Employer's Identification Number<br>41-6034000 | | | a Employee's Social Security Number | 1 Wages, Tips, Other Compensation<br>1790.72 | | 2 Federal Income Tax Withheld<br>183.11 |
| c Employer's Name, Address, and ZIP Code<br>BNSF RAILWAY COMPANY<br><br>PO BOX 1738<br>TOPEKA KS  66601 | | | 11 Non-Qualified Plans | 3 Social Security Wages | | 4 Social Security Tax Withheld |
| | | | 13 Statutory Employee ☐  Retirement Plan ☐  Third-Party Sick Pay ☐ | 5 Medicare Wages and Tips | | 6 Medicare Tax Withheld |
| | | | 9 Advance EIC Payment | 12C Term Life Over $50,000<br>.00 | 12D 401(k) Contributions<br>.00 | 12V Income From Exercise Of Nonstatutory Stock Options<br>.00 |
| e Employee's Name, Address, and ZIP Code<br>MICHAEL E MCKINZY        SR<br>17963 HUNTLEIGH CT<br>APT #304<br>COUNTRY CLUB HILLS IL   60478 | | | 10 Dependent Care Benefits<br>.00 | 12P Excludable Moving Reimbursement<br>.00 | 12T Adoption Benefits<br>.00 | 12W Contributions to Health Savings Account<br>.00 |
| | | | RRTA Tier I Wages<br>1790.72 | RRTA Medicare Wages<br>1790.72 | RRTA Tier II Wages<br>1790.72 | 12Y Deferrals Under a §409A NQ Def Comp Plan<br>.00 |
| | | | RRTA Tier I Tax Withheld<br>111.02 | RRTA Medicare Tax Withheld<br>25.97 | RRTA Tier II Tax Withheld<br>69.84 | 12Z Income Under a §409A NQ Def Comp Plan<br>.00 |
| 15 State<br>IL | Employer's State I.D. No.<br>41-6034000 | 16 State Wages, Tips, etc.<br>1790.72 | 17 State Income Tax<br>51.22 | 18 Local Wages, Tips, etc. | 19 Local Income Tax | 20 Locality Name |

FORM **W-2** Wage and Tax Statement **2007**     Department of the Treasury - Internal Revenue Service
Copy C For EMPLOYEE'S RECORDS (See Notice on back.)

Date Printed: 1/27/2008 12:56:05 PM EST
Date Created: 1/6/2008 1:35:19 PM EST      ☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, address, and telephone number<br>UNIVERSITY ACCOUNTING SERVICE, LLC<br>P.O. BOX 932<br>BROOKFIELD, WI 53008-0932<br>(800) 756 - 4311 | | OMB No. 1545-1576<br>2007<br>Form 1098-E | **Student Loan Interest Statement** |
|---|---|---|---|
| RECIPIENT'S federal Identification no.<br>39-1992489 | BORROWER'S social security number<br>***-**-1848 | 1  Student loan interest received by lender<br>$ 656.53 | **Copy B** For Borrower |
| BORROWER'S name<br>MCKINZY MICHAEL E | | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for student loan interest. |
| Street address (including apt. no.)<br>3743 FLORA | | | |
| City, state, and ZIP code<br>KANSAS CITY, MO 64109 | | | |
| Account number (see instructions) | | 2  Box 1 includes loan origination fees and/or capitalized interest (if checked) . . . . . ☐ | |

Form **1098-E**          (keep for your records)          Department of the Treasury - Internal Revenue Service

The above relates to interest paid on funds borrowed from a campus based loan program at:

DEVRY UNIVERSITY

**For information regarding this form, please contact
UNIVERSITY ACCOUNTING SERVICE, LLC at (800) 756 - 4311**

UNIVERSITY ACCOUNTING SERVICE
PO BOX 932
BROOKFIELD, WI 53008-0932

# Important Tax Information

4081

MCKINZY MICHAEL E
3743 FLORA
KANSAS CITY, MO 64109

| PAYER'S name, street address, city, state, and zip code | 1 Taxable interest | | | Certain Government Payments |
|---|---|---|---|---|
| MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 2200<br>JEFFERSON CITY, MO 65105-2200 | $ .00 | **2007** | | |
| | 2 State or local income tax refunds, credits, or offsets | | | |
| | $ 551.70 | Form 1099-G | | |
| RECIPIENT'S name, street address, city, state, and zip code<br>C030<br><br>MCKINZY,MICHAEL E SR<br>17963 HUNTLEIGH CT APT 304<br>CNTRY CLB HLS IL 60478-5163 | 3 Box 2 amount is for tax year<br>2001 | 4 Federal income tax withheld<br>$ | | Copy B<br>For Recipient |
| | | 6 Taxable grants<br>$ | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 7 Agriculture payments<br>$ | 8 The amount in box 2 applies to income from a trade or business ☐ | | |
| | ☐ CORRECTED (if checked) | | | |
| PAYER'S Federal identification number<br>43-1283723 | RECIPIENT'S identification number | Account number<br>729,573 | | |

Form 1099-G        Keep for your records.        Missouri Department of Revenue - Taxation Bureau

**FORM 1099-G - CERTAIN GOVERNMENT PAYMENTS RECEIVED - THIS IS NOT A BILL**

**Explanation of Form 1099-G for Recipient. Do not pay this amount.**

**Box 1**  Shows the taxable interest paid to you. Report this amount as income on the taxable interest line of your federal income tax return.

**Box 2**  Shows refunds, credits, or offsets of state income tax you received. It may be taxable to you if you deducted the state income tax paid as an itemized deduction on your federal income tax return. Even if you did not receive the amount shown, for example, because it was credited to your estimated tax, or applied to outstanding delinquencies, it is still taxable if it was included in your itemized deductions. See the instructions for your federal tax return.

**Box 3**  Identifies the tax year for which the refunds, credits, or offsets shown in box 2 were made.

**Frequently Asked Questions**

1. What is the Form 1099-G?
   Form 1099-G is a listing of overpayments from individual income tax returns filed in 2007. The overpayments may or may not be taxable. Please keep this form for reference purposes when you prepare your 2007 tax return.

2. Why am I receiving a Form 1099-G?
   Federal law requires Missouri to issue you a Form 1099-G because you had an income tax overpayment in 2007 and you itemized deductions on your federal income tax return.

3. Do I need to pay the amount shown on the Form 1099-G?
   No, this is not a bill.

4. Why does the Form 1099-G show an amount of income tax overpayment greater than the amount of my actual refund check?
   The amount shown on the 1099-G is the amount of your overpayment of tax and may not equal the actual amount of your refund. If your overpayment, or any portion of the overpayment was applied to another state or federal debt, transferred to next year's taxes, or contributed to one of the trust funds, your refund check was less than the overpayment.

5. Why would I receive more than one 1099-G?
   You receive one 1099-G for each tax year an overpayment was issued to you in 2007.

6. If interest is reported on the Form 1099-G, is it taxable on my federal tax return?
   Yes, interest is taxable on your federal return.

7. The amounts shown on my Form 1099-G are incorrect based on my records. How do I obtain a corrected copy?
   You may contact the Missouri Department of Revenue, Taxation Bureau at the following:

   Address: P.O. Box 2200
            Jefferson City, MO 65105-2200
   Phone:   866-433-7259
   E-mail:  income@dor.mo.gov
   TDD:     800-735-2966

 **Department of the Treasury**
**Internal Revenue Service**

KANSAS CITY, MO  64999

063147.459756.0176.003 1 AV 0.312 370



MICHAEL E    MCKINZY SR
17963 HUNTLEIGH CT APT 304
CNTRY CLB HLS   IL    60478-5163794

063147

| Statement for Recipients of Interest Income (Please keep this copy for your records) | Calendar Year 2007 |
|---|---|
| Recipient's Identification Number | Total Interest Paid or Credited $285.26 |
| PAYER'S Federal Identification Number 38-1798424 | |

Form 1099 (Rev. 9-07)

This information is being furnished to the appropriate department of Internal Revenue Service. The amount of interest paid or credited to you in the calendar year shown is on an overpayment of federal tax. This amount may represent interest on an overpayment for more than one year, or more than one kind of tax. It may have been paid with your tax refund or by separate check; or part or all may have been applied against other taxes you owed. If you are required to file a tax return, report this interest as income on your return.