## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 793 | **DATE** | 3/18/2008 |
| **CASE TITLE** | MICHAEL F. MCKINZY, SR. vs. BNSF RAILWAY RAILROAD | | |

**DOCKET ENTRY TEXT**

Plaintiff's supplemental affidavit of financial status [doc no. 6] is construed as an amended application for leave to proceed in forma pauperis and is granted. The Clerk is directed to issue summons forthwith to the U.S. Marshal for service and send the plaintiff a Notice of Availability of a Magistrate Judge and mail Consent to Exercise of Jurisdiction by a U.S. Magistrate Judge form to the plaintiff. Status hearing set for 5/9/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|