# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 793 | **DATE** | 7/14/08 |
| **CASE TITLE** | McKINZY vs. BNSF RAILWAY RAILROAD | | |

**DOCKET ENTRY TEXT**

Status hearing held. It is hereby ordered that the U.S. Marshal effect service on defendant at the new address to be supplied by plaintiff. Status hearing set for 8/13/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|