UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Michael E. McKinzy Sr.
                            Plaintiff,

v.                                       Case No.: 1:08−cv−00793
                                         Honorable Ronald A. Guzman

BNSF Railway Railroad
                            Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 11, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman: Status hearing set for 8/13/08 is reset to 9/22/2008 at 09:30 AM. on Court's own motion. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.