| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|



| PLAINTIFF<br>Michael E. McKinzy, Sr. | COURT CASE NUMBER<br>08 C 793  08cv793 |
|---|---|
| DEFENDANT<br>BNSF Railway Railroad | TYPE OF PROCESS<br>Summons and Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
THE CORPORATION COMPANY (Registered Agent)   BNSF Railway Railroad

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
120 S. CENTRAL ave. STE $400
CLAYTON MO ¢#!)%  63105-1705

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael E. McKinzy, Sr.
17963 Huntleigh Court Unit 304
Country Club Hills, IL 60478

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
Aug 12, 2008
AUG 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:  *Michael E. McKinzy Sr.*   XX PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (708)439-2822
DATE: July 7, 2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 24 | District to Serve<br>No. 44 | Signature of Authorized USMS Deputy or Clerk | Date<br>07-22-08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
BONNIE LOVE, SENIOR PROCESS SPECIALIST

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7-29-08  Time: 1325 pm
Signature of U.S. Marshal or Deputy: 7-0-4079

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 0 | 0 | 45.00 | 0 | 45.00 | 0 |

REMARKS:

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)