# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:    08 C 00793

Michael E. McKinzy, Sr. v. BNSF Railway Railroad

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

BNSF Railway Company

| | |
|---|---|
| NAME (Type or print) <br> Steven M. Hartmann | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Steven M. Hartmann | |
| FIRM    Freeborn & Peters LLP | |
| STREET ADDRESS    311 S. Wacker Drive, Suite 3000 | |
| CITY/STATE/ZIP    Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6185428 | TELEPHONE NUMBER    312-360-6528 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br><br> RETAINED COUNSEL                APPOINTED COUNSEL | |