IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael E. McKinzy, Sr.,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>BNSF Railway Railroad,  )<br>  )<br>  Defendant.  )<br>_____ ) | Case No. 08 C 00793<br><br>Honorable Ronald A. Guzman |

## MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, BNSF Railway Company ("BNSF"), by and through its undersigned attorneys, hereby moves this Court for an extension of time to answer or otherwise plead. In support, BNSF states as follows:

1. Plaintiff's Complaint alleges employment discrimination.

2. Defendant was served with the Complaint on July 29, 2008. Defendant's answer or other responsive pleading to the Complaint is due on August 18, 2008.

3. The undersigned attorneys have recently been engaged to represent Defendant in this action and are filing appearances concurrent with this Motion. Defendant's counsel require additional time to investigate this matter and provide a responsive pleading.

4. Additionally, counsel for Defendant will be out of the country from September 2, 2008 through September 13, 2008.

5. Defendant requests an extension of time, to and including September 26, 2008, to answer or otherwise plead to the Complaint.

6. This request is not made for the purposes of delay or any improper purpose, and will not delay a resolution in this case.

WHEREFORE, Defendant BNSF Railway Company requests that the Court grant an extension, to and including September 26, 2008, for Defendant to answer or otherwise plead to Plaintiff's Complaint.

**BNSF RAILWAY COMPANY,
DEFENDANT**

By:  s/ Rachel E.A. Atterberry
　　　One of Its Attorneys

Steven M. Hartmann (ARDC No. 6185428)
Rachel E.A. Atterberry (ARDC No. 6282453)
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6677
312-360-6000

Dated: August 14, 2008

1604144v1