IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael E. McKinzy, Sr.,<br><br>        Plaintiff,<br><br>v.<br><br>BNSF Railway Railroad,<br><br>        Defendant. | Case No. 08 C 00793<br><br>Honorable Ronald A. Guzman |

### NOTICE OF MOTION

To:   Michael E. McKinzy, Sr.
      17963 Huntleigh Court, Unit 304
      Country Club Hills, Illinois 60478

**PLEASE TAKE NOTICE** that on **Tuesday, August 26, 2008**, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant BNSF Railway Company shall appear before the Honorable Ronald A. Guzman in Courtroom 1219 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois 60604, and then and there present **Defendant's Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is attached hereto and thereby served upon you.

                                                   BNSF RAILWAY COMPANY,
                                                   DEFENDANT

                                                     By:  /s/ Rachel E.A. Atterberry
                                                             One of Its Attorneys

Steven M. Hartmann (ARDC No. 6185428)
Rachel E.A. Atterberry (ARDC No. 6282453)
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6677
312-360-6000

Dated: August 14, 2008

1604074v1

## **CERTIFICATE OF SERVICE**

I certify that a copies of the foregoing Notice of Motion and Motion for Extension of Time to Answer or Otherwise Plead were served via U.S. mail, postage pre-paid, from the address of 311 South Wacker Drive, Suite 3000, Chicago, Illinois on August 14, 2008 before 5:00 p.m. upon:

> Michael E. McKinzy, Sr.
> 17963 Huntleigh Court, Unit 304
> Country Club Hills, Illinois 60478

/s/  Rachel E.A Atterberry