**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Michael E. McKinzy Sr.
                       Plaintiff,

v.                                               Case No.: 1:08–cv–00793
                                                     Honorable Ronald A. Guzman

BNSF Railway Railroad
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion by Defendant BNSF Railway Railroad for extension of time to answer or otherwise plead to plaintiff's complaint [17] is granted to and including 9/26/08. Status hearing set for 9/22/08 is reset to 10/6/2008 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.